In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-134 CR


____________________



THE STATE OF TEXAS, Appellant



V.



JOHN LELDON KELLY, Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 02-03-01771-CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, The State of Texas, to
withdraw its appeal for lack of jurisdiction. The State alleges that the granting of the
motion for new trial has removed the basis for the appeal. No opinion has issued in this
appeal.


 It is therefore ORDERED that the Clerk of the Court forward a duplicate copy of
this Order to the clerk of the court in which the notice of appeal was filed. It is further
ORDERED that the motion be GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM


Opinion Delivered March 27, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.